It having been admitted that the involved merchandise was in part of net, following the principles announced in the *Madame Adele* and *Kayser & Co.* cases, *supra*, we hold the involved merchandise to be properly dutiable at the rate of 90 percent ad valorem under paragraph 1529 (a) of the Tariff Act of 1930, as classified by the collector. All claims of the plaintiff are, therefore, overruled. Judgment will be rendered accordingly.

**No. 59502.**—Baar & Beards, Inc., and Taub, Hummel & Schnall, Inc., et al. *v.* United States, protests 177465–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 59503.**—Virchand Panachand & Co., Inc. *v.* United States, protests 190865–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59504.**—Vandegrift Forwarding Co., Inc. *v.* United States, protest 224250–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares the same in all material respects as those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59505.**—Alfred Kohlberg, Inc. *v.* United States, protest 244250–K (New York).